No. 134, Misc.   PALMER *v.* CITY OF EUCLID.   Appeal from Sup. Ct. Ohio.   Motion for leave to proceed *in forma pauperis* granted.   Probable jurisdiction noted and case transferred to appellate docket.   *Joshua J. Kancelbaum* for appellant.   *William T. Monroe* and *Robert M. Debevec* for appellee.

No. 1373.   OCALA STAR-BANNER CO. ET AL. *v.* DAMRON. Dist. Ct. App. Fla., 1st Dist.   Certiorari granted and case set for oral argument immediately following No. 891 [certiorari granted, *ante,* p. 904].   *Harold B. Wahl* for petitioners.   *Wallace Dunn* for respondent.

No. 1337.   DECKER, U. S. DISTRICT JUDGE, ET AL. *v.* HARPER & ROW PUBLISHERS, INC., ET AL.   C. A. 7th Cir. Certiorari granted.   *Lee A. Freeman* and *Lee A. Freeman, Jr.,* for petitioners.   *H. Templeton Brown, Robert L. Stern,* and *Lee N. Abrams* for respondent William Morrow & Co., Inc., *W. Donald McSweeney* for respondents Bobbs-Merrill Co., Inc., et al., *Earl E. Pollock* for respondent Baker & Taylor Co., *Peter Gruenberger* for respondents Charles Scribner's Sons et al., *Conrad W. Oberdorfer* for respondent Houghton Mifflin Co., *Earl A. Jinkinson* for respondent Franklin Watts, Inc., *Edgar E. Barton* for respondent McGraw-Hill Book Co., *Leo Rosen* and *Roger Hunting* for respondents Thomas Y. Crowell Co. et al., *Samuel Weisbard* for respondent Golden Press, Inc., *Bruce Hecker* and *David P. List* for respondent Campbell & Hall, Inc., and *Nathan Blumberg* for respondent Follett Library Book Co.